FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 OCT -1 PM 3:55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

V

CASE NO. 8: 20cr 304 T33 CPT
18 U.S.C. § 1591(a) and (b)(1)
18 U.S.C. § 2

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Sex Trafficking of a Minor)

From in or around September 2018 through in or around June 2019, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER JOHN STREETER,
a/k/a "JACK REACHER,"
a/k/a "JOHN CHRIS,"

did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a minor, Victim–1, knowing and in reckless disregard of the fact that Victim–1 was under the age of 18, and knowing that Victim–1 would be caused to engage in a commercial sex act; Victim-1 having been recruited, enticed, harbored, transported, provided, obtained, patronized, and solicited while being under 14-years old.

In violation of 18 U.S.C. §§ 1591(a) and (b)(1) and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 1594.

2. Upon conviction of a violation of 18 U.S.C. § 1591(a) and (b)(1), the defendant,

CHRISTOPHER JOHN STREETER,
a/k/a "JACK REACHER,"
a/k/a "JOHN CHRIS,"

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Francis D. Murray
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Acting Chief, Special Victims Section