AO 455 (Rev. 5/85)   Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

2020 OCT -1  PM 3: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER JOHN STREETER
   a/k/a "JACK REACHER"
   a/k/a "JOHN CHRIS"

WAIVER OF INDICTMENT

Criminal No. 8:20cr304T33 cpt

    I, Christopher John Streeter, the above named defendant, who is accused of sex trafficking of a minor child, in violation of 18 U.S.C. § 1591(b)(1), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Christopher John Streeter
Defendant

_____
Mark P. Rankin, Esquire
Counsel for Defendant

Before _____
               Judicial Officer