UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:20-cr-304-T-33CPT

CHRISTOPHER JOHN STREETER

_____/

ORDER OF RELEASE

It is hereby ORDERED:

1.     That the conditions of release are hereby established as set forth below.

2.     That the United States Marshal is hereby directed to release the above named
       Defendant upon his agreement, in writing, to comply with the following
       conditions of release.

       DONE and ORDERED at Tampa, Florida this 15th day of October 2020.


                                        _____
                                        HONORABLE CHRISTOPHER P. TUITE
                                        United States Magistrate Judge

## CONDITIONS OF RELEASE

1.  Defendant must appear before the Court in accordance with all notices.

2.  Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending.  Defendant, however, may travel to the Southern District of Florida for purposes of work.

3.  Defendant must not change his present address without prior court approval.

4.  Defendant shall not commit a federal, state or local crime during the period of his release.  Defendant shall inform the United States Pretrial Services Office (Pretrial Services) immediately if arrested or otherwise charged with any offense.  Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5.  Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6.  SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

    *   Defendant shall report to Pretrial Services as directed.

    *   Defendant shall not have any contact with any potential witnesses or victims in this case without Defendant's counsel being present. This restriction does not apply to members of Defendant's immediate family and does not prohibit Defendant's counsel from contacting witnesses as necessary to prepare the defense.  Nor does it prohibit Defendant from contacting witnesses as necessary to cooperate with the government.

    *   Defendant shall not use or possess any firearms, dangerous weapons, or destructive devices.

    *   Defendant shall surrender his passport to Pretrial Services.  Upon being placed on probation, being taken into custody for imposition

of sentence, dismissal, or not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

* Defendant shall not obtain any new travel documents.

* Defendant shall submit to electronic GPS monitoring and comply with all of the program's requirements and instructions provided by Pretrial Services.

* Defendant shall post a secured bond in an amount totaling $50,000 by property and/or cash. This bond shall be secured by forfeiture agreements to the extent Defendant posts property. Defendant shall provide documentation verifying equity in any property used to secure the bond by 5:00 p.m. on October 16, 2020. Failure to do so will result in revocation of the bond. Any property used to secure bond shall not be sold during the pendency of the case.

* Without prior written approval of the Court, Defendant is prohibited from possession or using any electronic device capable of accessing the internet and downloading illegal or prohibited content (including, but not limited to, a smart phone, a smart television, a hand-held computing device, and a gaming console) with the exception of use for work, communication with counsel, communication with the Court, and communication with immediate family members. Any electronic devices capable of accessing the internet must otherwise be restricted so that Defendant cannot access them. This prohibition includes a computer at a public library, an internet café, place of employment, or an educational facility. Defendant also must not direct anyone else to use any of those electronic devices to engage or participate in any criminal activity. In addition, Defendant is prohibited from possessing an electronic data storage medium (including, but not limited to, a flash drive or compact disc). As a condition of Court approval to possess or use a device, Defendant must consent to inspection of the device, including the hard drive and any other electronic storage medium, to confirm adherence to this condition. Pretrial Services must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including Defendant's employer, Defendant must inform the third party of this condition restriction.

\*         Defendant shall not access or utilize social media of any kind for any reason.

\*         Defendant shall have no unsupervised contact with any child under the age of 18 with the exception of Defendant's own minor children.

7.   A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

8.   A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.   If a person fails to appear in connection with --

(a)     an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)     an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c)     any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)     a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this 15th day of October 2020.

_____          _____
WITNESS                                           DEFENDANT

1.   The Middle District of Florida consists of the following Florida Counties:

Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.   The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813.301.5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.      The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813.483.4200.

4.      The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813.274.6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.      The commercial telephone number of the United States Pretrial Services Agency, is 813.225.7648, and the toll-free number is 800.676.0125.

6.      NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Christopher P. Tuite, any requests to travel outside the area set forth in this document must be submitted at least three (3) BUSINESS days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.