UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:20-cr-304-T-33CPT

CHRISTOPHER STREETER

### UNITED STATES' OPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, requests, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the sentencing hearing in this case now set for January 7, 2021, and in support of its motion states as follows:

1. On October 15, 2020, Streeter pleaded guilty to an information charging him with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a). Doc. 1. This court accepted Streeter's plea, adjudicated him guilty, and set his sentencing hearing for January 7, 2021. Doc. 15.

2. On December 4, 2020, Streeter moved for this Court to continue his sentencing for 90 days so that he could complete a series of non-emergency surgical procedures. The United States did not oppose a 30-day continuance, though we opposed the full 90-day

1

      request. Doc. 24. This Court held a hearing on the motion and deferred ruling until Streeter could submit additional supporting materials. Doc. 33. Streeter subsequently informed the United States that he no longer wishes to have any surgeries performed before his sentencing.

3. Communication with the identified victims in this case has been difficult since their recent rescue by Philippine authorities. They are currently in the custody of the Philippine government's Department of Social Welfare and Development (Region 10, Cagayan de Oro City, Philippines).

4. The United States recently learned that two of the victims in this case, referred to in the U.S. Probation's Presentence Investigation Report as Victim-1 and Vicitm-2, have retained counsel. They are now represented *pro bono* by Jones Day.

5. Jones Day has informed the United States that, given their recent engagement, it will be extremely difficult to submit the victims' restitution requests and supporting materials by January 7, 2021. Additionally, there's a substantial probability that the United States will not be able to obtain the victims' impact statements to present to this Court by that date. The United States believes that

such statements are an important factor for this Court to weigh when imposing Streeter's sentence under 18 U.S.C. § 3553(a).

6. The United States is mindful that the interests of justice dictate that Streeter be sentenced in short order. But we nevertheless request a brief, one-time 30-day continuance so that the United States can fulfill its obligations under the Crime Victims' Rights Act and so both parties can be fully prepared for sentencing.

7. The undersigned has communicated with counsel for the defendant, Mark P. Rankin, and counsel objects to the extension.

The United States respectfully requests that this Court continue the sentencing hearing 30 days.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   /s/ Francis D. Murray
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov

U.S. v. CHRISTOPHER STREETER         Case No. 8:20-cr-304-T-33CPT

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esq.

/s/ *Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov