December 29, 2020

To Honorable Judge Covington

I have known Chris for over a year now. I have heard of a lot of good things about Chris from my two friends Ronald and Jane whom he had provided shelter for almost 2 years. They were homeless, so to speak, from North Carolina when Chris and Leonilyn offered them a place to stay and offered Ronald a job through Chris' company. I have known another friend, Karen Ducary, who was a recipient of Chris and Leonilyn's kind and loving heart. Chris and Leonilyn offered her a place to stay after she was being physically abused by her ex-husband. They not only provided her with shelter, but also with food. They also helped her with her legal battle against her ex-husband.

I have had a couple of conversations with Chris and he seems to be very accommodating and he firmly stands on what he believes in. He readily opens his house for our bible study. He allows Leonilyn to serve at Food and Fellowship, an organization that feeds the homeless, to help out in whatever way she can while Chris watches Liam at home. Leonilyn told Chris about the need of these people on the street of a hotel accommodation especially on those cold nights. Chris, without any hesitation, offered his reward points to book hotel rooms to accommodate 4 homeless people. Although this plan is yet to be realized, but Chris' willingness is remarkable.

I have also observed Chris as a dad to Liam and Shea. He is a hands on dad and would do anything for his children.

Chris has a heart for the lowly and marginalized. Being a Catholic might have something to do with it. For us Christians, our source of morality is from our Sovereign Lord, the Creator of heaven and earth, the King of kings and the Lord of lords. The one who died for our sins so that we don't have to. People make mistakes and I am almost certain that he is remorseful of what he did. I know he has to serve his time in jail but I hope it won't be too long so that Liam will not grow up without a dad.

Irene Fuller

Friend (505- 609 0465)

Scanned with CamScanner