December 29, 2020

Dear Judge Covington,

    We have known Christopher Streeter through his wife Leonilyn Streeter for 2 years now. My wife and I used to live in North Carolina. One day, Christopher and his wife offered us the opportunity to stay with them here in Florida and in return we will take care of their baby. He also offered me a job to work under his company. During our stay in their home, we can see how happy they were as a family. He prepares breakfast for everybody. When he was away from home, he made sure to call his family. Every holiday, we would all go to RV park and enjoy the beach. Chris is a very good father to his kids and a loving husband to his wife. He always put his family first above all else. He is a good provider and a selfless person. To sum it all up, we are very grateful for his help. We were able to save up and buy our very own house. We could never repay his goodness, but what we can do is give thanks for his good heart. You rarely see a person who opens his own home and accepted us like we are part of the family.

    As a human being, we know that we are not perfect. We constantly make bad decisions in our lives. We failed at so many things, but we also learn from those failures so that we can be a better version of ourselves. As a Christian, we strongly believe that we need to have forgiveness in our heart, so we're pleading to give him a fair decision. He has a little boy who needs a father and a wife who needs her husband. Thank you for your kind consideration.

Kind Regards,
Ronald & Jane


*Ronald Aborka*
Ronald Aborka

Contact: (910) 745-5976
Email: ronaldaborka@gmail.com