January 2, 2021

Dear Judge Covington;

I am writing this as a testimonial to the character of Christopher Streeter as it is known to me. I have known Chris since early 2013 where we worked as colleagues at Lazzara Yachts in Tampa. Unfortunately, the company went out of business in 2014, but our friendship survived. Chris hired me to work for him as I was out of a job. Since that time both my son and I and now for the last 18 months my sister have worked with Chris at his company in Fort Lauderdale.

My family has taken RV vacations with Chris and his family, Chris has shown great generosity and paid for the RV rentals for my family during these vacations. I have come to know Chris to hold himself in the same respectful manner in his personnel life as he did in the work place. This is especially true when it comes to his family.

Over the years I have personally witnessed on many numerous occasions' his patience, understanding, respect, compromise, love and compassion when dealing with his family, friends his customers and even strangers.  I have personally witnessed him open is home to his spouse's friends including a [married couple] to which were homeless.  He gave the male member a job in his company, feed them and refused to accept anything in return for their stay, which lasted nearly 2 years, his generosity enabled the couple to save and buy a home of their own. In my opinion, if we had more people to display these traits that Chris does on a daily basis, we all might be just a little better for it.

Chris has discussed with me the legal trouble he is in and it deeply saddens me that his life has come to this, he is an exceptionally good man that made a mistake, a mistake that I can see visibly is tearing him apart inside, this is not the man I know. But I am totally positive my friend would never allow this to happen again, you have my word we will all take care of him. Of my friend I can say this, there are many people whose lives he has touched in positive ways and also many that need him in their lives especially his wife and young boy and his daughter including the 6 people that work for him. Please your Honor maybe you could show Chris some of the same compassion and kindness he has so willingly and freely shown to so many others for as long I have known him.

Respectfully,

David L. Chapman

813-368-8950