12/29/2020

Dear Judge Covington.

My name is Leonilyn Streeter, my husband is Christopher Streeter. We have been married since April 23rd 2016. I am originally from the Philippines and came to the USA on a fiancé visa. My husband and I have a small child, a sweet little boy who will be 4 years old on January 12th 2021. I am a registered nurse and I work at Tampa General Hospital; I have 3 male siblings one of which is a seaman on a cargo ship, and another is about to start his apprenticeship as a marine engineer on a ship, my youngest brother is still in school. I am telling you about my family and myself because my husband Christopher Streeter made it possible for me to take and pass my NCLEX exam so I could practice nursing here in the USA, he supported the tuition of my two other brothers in college so they could get good paying jobs and now have lifelong careers, he also paid for them to go to sea school so they could work on ships. My husband has always provided me with the means and told me to give my family whatever assistance they may need. He helps with providing resources for me with my bible study group when we feed the homeless in Zephyrhills each week through the Food and Fellowship Program, my husband also purchased and donated 30 sleeping bags for the homeless both in Tampa and Zephyrhills along with some 50 back packs containing hygienic and other products for the homeless through the same program.  My husband is an exceedingly kind, generous, respectful man, he is a very loving gentle man who from the moment I meet him has made me so very happy, he has shown the same love and devotion to his son and daughter, they are his world. Our small boy bonded with his daddy when he was born and they have been inseparable ever since, in nearly every picture I have of my husband he is holding our baby boy. And that has become one of my biggest fears, how our son will cope with his daddy his world gone.

My Husband and I have talked at length to understand how this happened that he is charged with this crime, I believe the wheels that lead to this were set in motion years before he met me, some 15 years of relentless litigation from his ex-wife, 12 years of being on his own raising his daughter after he found himself alone with a two month old new born baby girl to care for, the sudden upheaval and relocation away from his work, all his friends and support network in 2009 to a strange town called Dade City so he could stay with his daughter.

My husband can remember when his demons caught up with him and he crossed the line to breaking the law, he told me he felt like he died that day inside he has never been the same since. He is ashamed and very remorseful of what he has done, the pain and humiliation he has brought upon our family haunts him every minute of every day and I can tell how much he hurts constantly inside knowing what he did. My husband has earned the respect and love of all our friends and they like me will always be there for him through this. All I can ask is please do not take him away from us for too long, our son needs his daddy and I need and want my husband back.

Thank you for reading this and God bless you for showing compassion for my husband.

Sincerely

*[signature]*

Leonilyn Streeter