**ATTACHMENT D**

| Amount | Account | Name | Code | Number | Date/Time | Recipient | DOB | Type | ID | Org | Address | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25.00 | 0853791087 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/29/2012 19:07:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 20.00 | 1134214201 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/25/2012 15:18:00 | DELORES PENA | 1960.02.27 | G | 8106945 | POSTAL | LABANGON CEBU CITY | CEBU |
| 25.00 | 7273693214 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/25/2012 15:16:00 | CHAROLOT TALON | 1997.01.27 | R | LL100423 | O C N H S | BERNAD ST TINAGO | OZAMIS CITY |
| 20.00 | 2203241050 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/25/2012 15:15:00 | DELORES PENA | 1960.02.27 | G | 8106945 | POSTAL | LABANGON CEBU CITY | CEBU |
| 20.00 | 6070739559 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/23/2012 18:55:00 | CHRISTOPHER STREETER | | 1 | 5363110572110 | FLORIDA | 35344 SARAH LYNN DR | DADE CITY |
| 20.00 | 9002045331 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/22/2012 18:43:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 20.00 | 5860406084 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/20/2012 18:38:00 | KEEPER CALIBOG | 1986.01.26 | R | 0113891 | MISAMIS UNIVERSTY | P10 BANADERO | OZAMIS |
| 20.00 | 6802151830 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/18/2012 19:13:00 | ALMEGYN DRAGON | 1992.05.03 | G | 9197325 | PPC OZAMIZ | TINAGO | OZAMIZ |
| 20.00 | 6245106898 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/17/2012 19:17:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 30.00 | 4923147495 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/14/2012 19:25:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 25.00 | 0093431533 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/12/2012 16:13:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 20.00 | 4075278727 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 2/4/2012 17:49:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 30.00 | 0788659797 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/31/2012 16:43:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 30.00 | 1718355106 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/30/2012 16:37:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 25.00 | 5968237415 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/30/2012 16:34:00 | JANALYN CEJUDO | 1988.07.13 | G | 7763907 | OZAMIS | TALISAY MALAUBANG | OZAMIS |
| 20.00 | 6327843725 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/28/2012 13:19:00 | GLENN SENINING | 1994.03.07 | R | 112016939 | ACT | P DEL ROSARIO EXT | CEBU |
| 20.00 | 0447622717 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/21/2012 17:33:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 20.00 | 1039048546 | CHRISTOPHER STREETER | AAT270167 | 7542464911 | 1/21/2012 19:28:00 | JAMICA MATURAN | 1996.10.05 | R | 20110615 | LIBERTAD SCHOOL | LIBERTAD | BUTUAN CITY |
| 42.00 | 0190155962 | CHRISTOPHER STREETER | AAT449787 | 7542464911 | 2/17/2010 20:56:00 | CHRISTOPHER STREETER | | 1 | 5363110572110 | FL | 100 SW 91ST AVE | PLANTATION |
| 0.00 | 0481711041 | CHRISTOPHER STREETER | ACC666666 | 7542464911 | 1/9/2010 19:25:00 | | | | | | | |
| 0.00 | 4951516204 | CHRISTOPHER STREETER | ACC666666 | 7542464911 | 1/9/2010 19:25:00 | | | | | | | |
| 0.00 | 9350440312 | CHRISTOPHER STREETER | ACC666666 | 7542464911 | 1/9/2010 19:25:00 | | | | | | | |
| 0.00 | 6851737919 | CHRISTOPHER STREETER | ACC666666 | 7542464911 | 1/9/2010 19:24:00 | | | | | | | |
| 62.00 | 2728616576 | CHRISTOPHER STREETER | AAT401628 | 7542464911 | 12/19/2009 20:49:00 | CHRISTOPHER STREETER | | 1 | 5363110572110 | FL | 100 SW 91ST AVE | PLANTATION |
| 0.00 | 8356340501 | CHRISTOPHER STREETER | ACC999999 | 7542464911 | 12/6/2009 19:42:00 | | | | | | | |
| 12.00 | 5698149103 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 12/6/2009 15:16:00 | KAREN KAYE | 1983.02.28 | A | XX4567459 | DFACAGAYAN | BANADERO | OZAMIS |
| 22.00 | 9969784428 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/17/2009 21:13:00 | FATIMA GUMAPAC | 1984.04.07 | H | 421003258BG0584GAS200003 | COMELECOZAMIZ | TINAGO | OZAMIZ CITY |
| 7.00 | 8105857547 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/17/2009 21:03:00 | MEIANN CARREON | 1988.04.20 | R | 056095 | MEDINACOLLEGE | BANADERO | OZAMIS |
| 49.00 | 0620471974 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/16/2009 21:05:00 | JANETH LUMBATAN | 1984.07.04 | H | 421003268BG048EGL200003 | COMELECOZAMIS | TINAGO | OZAMIZ CITY |
| 7.00 | 4770581974 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/16/2009 20:51:00 | MARIE ANN CRUZ | 1988.04.22 | R | 063095 | MEDIANA | AGUADA | OZAMIS |
| 23.00 | 1626129961 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/15/2009 22:43:00 | KAREN KAYE GOMEZ | 1983.02.28 | A | XX4536759 | DFACAGAYANDEORO | BANADERO | OZAMIS |
| 45.00 | 3357495465 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/15/2009 01:04:00 | LOURDES S ORTIZ | 1990.02.03 | B | K0407003481 | LTO | BANADERO | OZAMIS CITY |
| 23.00 | 6434085914 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/12/2009 23:00:00 | KAREN KAYE GOMEZ | 1983.02.28 | A | XX4556769 | DFACAGAYAN | P6 BANADERO | OZAMIS |
| 120.00 | 2926534200 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/11/2009 23:07:00 | APRIL ROSE ACAPULCO | 1989.04.05 | R | 08186426 | LASALLEUNIVERSITY | BAYBAY | OZAMIZ CITY |
| 36.00 | 4606412780 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 11/10/2009 22:31:00 | MERRYSEL J GUMAPAC | 1984.04.07 | H | 421003258DH0483MAG100003 | COMELECOZAMIZ | TINAGO | OZAMIZ CITY |
| 5.00 | 3541480133 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 10/23/2009 00:39:00 | AMELITA ACAPULCO | 1987.04.07 | H | 421003258DG0384AAG200003 | COMELECOZAMIZ | TINAGO | OZAMIZ CITY |
| 22.00 | 7563779124 | CHRISTOPHER STREETER | AKC034423 | 7542464911 | 10/22/2009 21:17:00 | KAREN KAYE GOMEZ | 1983.02.28 | A | XX4456759 | DFACDO | BANADERO | OZAMIZ CITY |
| 41362.41 | | | | | | | | | | | | |