ATTACHMENT E

Christopher STREETER
TA07QSTA0001

## Facebook Search Warrant return for the Jack Reacher account (100024057287233)

**Facebook messenger chat between Jack Reacher and Leann Anibibat**

- **Pertinent chats are from the Jack Reacher account unless otherwise noted. Pertinent chats are not complete record.**
- **Eight digit numbers indicate payment identification numbers from World Remit.**

| Page Start | Date(s) | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| 199 | 09/04/2018 | Princess | U | I was paying 4000 pesos for Princess videos why did she only get 2000 from you |
| | | | | You made 3 videos of her |
| | | | | She said she liked you managing her |
| | | | | |
| 222 | 09/20/2018 | Leann Sister | U | When your sis do video |
| | | | | I will give her another 1500 |
| | | | | She can have another 1000 if guy puts cock in her butt too |
| | | | | |
| 224 | 09/20/2018 | Sister Friend 1 | Y (17) | Send pics of girls |
| | | | | I want a pic of new girls |
| | | | | So what are these girls willing to do |
| | | | | I want naked pictures of the girls in the first picture |
| | | | | I will pay her 4000 pesos for pictures and fuck video |
| | | | | |
| 238 | 09/23/2018 | Sister Friend 2 - Trisha | Y (16) | She wants to do naked pics |
| | | | | If she is virgin I pay her 7000 pesos |
| | | | | I would rather pay her to fuck two times than one rub and one fuck |
| | | | | We may have to sex her again as soon as she ready with big cock |
| | | | | |
| 328 | 12/26/2018 | Leann | N | 33631960 that's 2700. Make sure you get good video of both cocks being pushed into you, I want to see both cocks in your pussy and butt. get both cocks to push white in pussy |
| | | | | That video would have been so much better with two cocks like we Agreed |
| | | | | It is ok, it would be worth 3000 had he fucked your butt more |

1

| Page Start | Date(s) | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| | 06/16/2019 | | | But it's not exciting having pregnant video, it's exciting doing video oh girl that will let guy get her preggy |
| | | | | |
| 337 | 12/31/2018 | That girl | Y (14) | (R) Age, does she have baby (A) yes shes virgin (A) 14 |
| | | | | Hmmmmm she looks older than that |
| | | | | I need one pussy pic that should tell me if she is that age |
| | | | | As long as he fuck her good so I hear her moan as he breaks her I am ok with 900 |
| | | | | 33942613 that's 4500. Make sure all white is in pussy |
| | | | | |
| 413 | 04/25/2019 | ▇ (victim 2) | Y (15) | It's time for Erica to feel the white fill her pussy |
| | | | | 39079797 that's 2038 |
| | | | | Make sure guy puts white in pussy after fucking her butt |
| | | | | Have guy push her legs apart while pushing cock into butt |
| | | | | 39359194 that's 2000 |
| | | | | Why is there no blood, guys cock went in way too easy and girl made no noise when it should have hurt a lot |
| | 06/16/2019 | | | When guy fucks her butt have him do it doggy style but spread her legs so her butt opens up |
| | | | | |
| 430 | 04/28/2019 | Mia | N (18) | Why didn't you ask if she was a virgin or not before you offered to take pictures of her that you told me she was not a virgin I would've said don't bother why do you always screw this up |
| | | | | It's clear from the pictures of her pussy that she's been fucked many many times |
| | | | | |
| 604 | 06/14/2019 | Friend of Virgin | Y (15) | 41661256 that's 4500 that's all I can send each 24 hours |
| | | | | Make sure there are NO mistakes when big white does video with girl, video every second of it |
| | | | | Don't let his balls block you getting video of her pussy with cock driving deep |

Christopher STREETER
TA07QSTA0001

| Page Start | Date(s) | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| 654 | 06/25/2019 | Karille | U | I want her to sex with no pills if you can convince her |
| | | | | Have him get his cock into her and fuck her then make her doggy for some more fuck then push white regular position |
| | | | | Make her legs wide apart when he do her doggy and hold her butt open so you can video his cock driving |
| | | | | 42183941 they gave me two different claim numbers |
| | | | | I want big white to fuck her and get her preggy but don't tell him she won't be taking pills |
| | | | | I want to get her sexed till pregnant |
| | | | | 42456637 that's 3250, I don't know why it only allow that amount to send. Also I don't know why it's so hard for guy to just do what he is paid to do and for you to make sure he does |
| | | | | Will big cock push white into her |
| | | | | 42600245 that's 3500 |
| | | | | |
| 594 | 06/11/2018 | ▇▇▇▇ "The Virgin" (Victim 1) | Y (13) | I want guy that will fuck her properly and push white into pussy |
| | | | | I want the girl to be sexed by big white with no pills |
| 679 | 06/29/2019 | | | I want the girl first though |
| | | | | That's 3 bad videos of same girl |
| | | | | How hard is it to just fuck that girl |
| | | | | (LA) The guy think hon is afraid to get her preeggy cause she is under age she 13 not 14 |
| | | | | Most of the white was outside her pussy |
| | | | | |
| 691 | 07/06/2019 | Rose | N (18) | I am concerned that guy won't push cock into butt deep enough |
| | | | | I want guy to really fuck her butt and so I can see cock in her butt clearly |
| | | | | I want to hear rose cry out from cock going into butt |
| | | | | Both guys will push white into pussy |
| | | | | 42799816 that's 1000 |

| | | | | |
|---|---|---|---|---|
| | | | | Yes but you need to make sure that the guys do it right one guys cock needs to be in her butt while the other cock is in her pussy at the same time both guys fuck her at the same time |
| | | | | I want Rose to agree to let two guys fuck her until she's pregnant |
| | | | | Need lotion or baby oil for guys cock to get it in her butt |
| | | | | Make sure you get some video of rose face as guy puts cock in her butt |
| | | | | Tell me did the guy put a large amount of white inside her pussy |
| | | | | Did you get good video of the guys cock in her butt |
| | | | | What part of making sure you video everything did you not understand because there is no video of the guy beginning to push his cock in her butt |
| | 07/28/2019 | | | Make sure both clocks fuck her at same time and both guys push white into her pussy |
| | | | | |
| 776 | 07/28/2019 | Cora | U | She made very bad video, no light tiny cock no white no video of pussy just very bad |

Additional persons that may be victims: Loveyea, Kiya, Airen. These persons were named but no further information could be identified in the chat.

## Facebook Search Warrant return for the Jack Reacher account (100024057287233)

**Facebook messenger chat between Jack Reacher and Marry Grace (last name withheld)**

- **Pertinent chats are from the Jack Reacher account unless otherwise noted. Pertinent chats are not complete record.**
- **Eight digit numbers indicate payment identification numbers from World Remit.**

| Page Start | Date | Victim | Minor Y/N/U | Pertinent Chat |
|---|---|---|---|---|
| | | | | |
| 784 | 07/25/2019 | Marry Grace | Y (16) | If you take some naked pics I pay you for them |
| | | | | 1500 for 10 |
| | | | | So you want to make video |
| | | | | 43853591 that's 2000 |
| | | | | Do you have a guy to make video with |
| | | | | I want to be sure he know how to sex you good |
| | | | | You don't need to worry about washing your pussy just take a shower remember the guys going to be putting all his white inside your pussy which is going to make it pretty messy so you can take another shower after that |
| | | | | 43941990 that's 2000 |
| | | | | I want YOU naked, guy can be normal but his finger is to be in your pussy in the pic, this way I know you are you |
| | | | | In the first video did the guy push his white inside your pussy or did he withdraw |
| | | | | Did guy hurt your pussy when he pushed cock into you |

## Facebook Search Warrant return for the Jack Reacher account (100024057287233)

**Facebook messenger chat between Jack Reacher and Jessa Sayson**

- **Pertinent chats are from the Jack Reacher account unless otherwise noted. Pertinent chats are not complete record.**
- **Eight digit numbers indicate payment identification numbers from World Remit.**

| Page Start | Date | Victim | Minor Y/N/U | Pertinent Chat |
|---|---|---|---|---|
| 813 | 10/07/18 | Loveyeah | U | (JS) I have a friend and she want to do a video and shes a virgin her name is Loveleah |
| | | | | Can you get me some naked pics of her |
| | | | | 30264193 that's 1800 pesos. When does she want to do video |
| | | | | Can you arrange for big cock to sex her |
| | | | | She knows the white always goes inside pussy right? |
| | | | | I was hoping she would do first fuck with no pills like you did |
| | | | | 30265553 that's 2740 |
| | | | | Make sure when you make video you video every second of the fuck starting when she starts to take her clothes off, or miss one second of his cock breaking her pussy |
| | | | | 30325857 that's 7092 pesos |
| | | | | |
| 845 | 10/09/2018 | Alkia | U | (JS) my friend alkia want to do the video too you know her right? |
| | 10/31/2018 | | | Alkia is the one I want to fuck two guys with no pills |
| | | | | Next fuck for Alkia has to be two guys. I want next the girl that did not get fucked because of guys soft cock |
| | | | | |
| 874 | 10/12/2018 | Jessa | U | But you did not take any pills before you take huge sperm inside your sweet pussy |
| | | | | |
| 894 | 10/13/2018 | Jelaica | U | Try for 1500 for pics |
| | | | | (JS) i will still convince them both because they ra really a virgin |
| | | | | |
| 917 | 10/13/2018 | Maica | U | Just one today otherwise guy will have no white for next girl |
| | | | | Also I am not real happy about 8000 I like 6000 much better |
| | | | | You did not get any open pussy pics hon |

6

| | | | | |
|---|---|---|---|---|
| | | | | I want you to get me two wide open pussy pics of each girl, you should have told the girls how to pose |
| | 10/26/2018 | | | 31014029 that's 3000 |
| | | | | What the hell was that, his cock was soft the entire time |
| | | | | He never even got the white in her pussy his cock was too soft it went all over the outside |
| | | | | Why do you let him continue to waste my money up his dick is not hard why don't you stop him and tell him to get his cock hard so that it's a video worth 6000 pesos |
| | | | | I want her to video again only this time make sure big cock does it, I watched the video in slow motion and you can see guys cock is not in her pussy but guy pretends to fuck her |
| | | | | |
| 980 | 10/17/2018 | Sherlyn | U | Am I missing videos, guys cock went such small amount into pussy |
| | | | | How can I pay twice for what should have happened first time |
| | | | | She gets half now and half when she lets guy fuck her |
| | | | | Why won't guy push girls legs wide apart |
| | | | | 30687481 that's 4200 that's 3000 for girl and 1200 for hotel |
| | | | | Just make sure girl is fucked this time |
| | | | | |
| 1057 | 10/30/2018 | Cristel | U | (JS) Baby the advance 3000 is that for cristel baby |
| | 11/08/2018 | | | Where is video of guy fingering girl before he push cock |
| | | | | I told you to video everything |
| | | | | I have one video just 3 minutes long that's not worth 5000 |
| | | | | But there is only 3 minutes of her being fucked, no video of guy fingering her, no video of guys cock breaking her, no video of guy pushing white |
| | | | | |
| 1078 | 10/30/2018 | Eloisa | U | Where is the video of his cock breaking her pussy?? |
| | | | | Video starts with him fucking her, I want the video of his cock when it breaks her |
| | | | | What happened to the 3000 advance you didn't use |
| | | | | I like to hear girl cry out a little when cock break pussy |
| | | | | I sent 8300 which is 6000 for girl<br>1000 for hotel<br>500 for load<br>720 for pills<br>So what I need to send is for guy |

Christopher STREETER
TA07QSTA0001

| Page Start | Date | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| 1095 | 11/02/2018 | New Girl | Y (17) | I like to see her fucked in school uniform |
| | | | | I do want naked pics of her |
| | | | | |
| 1102 | 11/02/2018 | Carmela | U | Ok get the pics and I will send the 3000 |
| | | | | Make her open her legs very wide |
| | | | | I want her lying on her back with legs wide apart |
| | | | | I like those pics |
| | | | | I can just imagine guy inserting two fingers into her pussy then his cock |
| | | | | I want to hear her cry to and see her face when guy push fingers deep |
| | | | | I like that girl to fuck with no pills |
| | | | | Don't offer her pills |
| | | | | I wish I was there I would love to fuck her and make her pregnant |
| | | | | 31300418 that's 1500 |
| | | | | I will give her 7000 |
| | | | | For 8000 she should fuck with no pills |
| | | | | Tell guy when he push two fingers deep into her pussy to keep them deep while you get video of her face |
| | | | | I want to see her face a few times while guy fuck her too, |
| | | | | Not for long just enough to see her when guy pushes deep |
| | | | | And video every second of the time from when she starts to take her clothes off till white is all out of pussy |
| | | | | 31351011 that's 6500 |
| | | | | The second video ends with guy still trying to get cock into pussy the third video begins with him fucking her with hard cock so where is the video of him breaking her |
| | 12/29/2018 | | | I want Carmela to agree to guy putting cock in her butt and fuck her butt and pussy |
| | | | | |
| 1152 | 11/06/2018 | Sherin | Y (17) | Is she virgin |
| | | | | (JS) Yes hon shes a virgin shes still 16 or 17 i guess |
| | | | | That's 163 it's a lot to send at one time, i don't want to attract attention |
| | | | | I can send 5000 without attracting attention |

Christopher STREETER
TA07QSTA0001

| Page Start | Date | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| | | | | 31506178 that's 5028 pesos |
| | | | | Make it good, make sure you video everything |
| | | | | There is no video of guy pushing white or of when his cock break her why is this missed, it's most important part of video |
| | | | | This video was a disaster |
| | | | | |
| 1161 | 11/07/2018 | Abigail | U | Why does the video start with guys fingers already in her pussy, why can't you get this right!!!!!!! |
| | 11/13/2018 | | | 31742991 that 6730, when you get the videos right you get full commission |
| | | | | |
| 1188 | 11/16/2018 | Marie | U | It's 11,000 your asking for like I said sending so much at one time attracts attention |
| | | | | 32084656 that's 7395 |
| | | | | |
| 1278 | 12/16/2018 | Kaye | U | Why do you never video their faces, I like to see expressions as guy breaks pussys |
| | | | | Why are we still having this conversation, I had told you before about this, |
| | | | | Why is it always next time when I told you about this and to make sure to video many weeks and models ago |
| | | | | |
| 1293 | 12/20/2018 | New Girl (2) | U | When is she doing video |
| | | | | When guy fingers her pussy tell him to leave two fingers in deep and move fingers around inside her pussy |
| | | | | 33287592 that's 3000 |
| | | | | 33342479 I just sent 5000 |
| | | | | |
| 1318 | 12/27/2018 | Sheila | U | 33664986 that's 6000 |
| | | | | Make sure you get video from behind guy so I can see his cock driving into pussy, he gets lazy and kneels on bed, I want him to position girl at edge of bed so he will be standing when he fuck her |
| | | | | Also make sure her legs are very wide apart before he pushes fingers into pussy |
| | | | | So how did you do that? At the end of first video with guy fucking her there is no blood but at beginning of next video there is red around her pussy, explain please |

| Page Start | Date | Victim | Minor Y/N/U (Age) | Pertinent Chat |
|---|---|---|---|---|
| | | | | I never see any sign form the girls faces that they feel any pain from cock |
| | | | | |
| 1327 | 12/27/2018 | Shonnie | Y (15) | 33728118 that's 6162 for now |
| | | | | Make sure guy has her legs very wide apart before he fingers her pussy |
| | | | | 33824218 that's 3030 pesos for last girls video, I keep telling you I am not sending large amounts everyday but you don't listen |
| | 12/31/2018 | | | 33844839 that's 6200 |
| | | | | I hope she makes some noise when guy breaks her pussy |
| | | | | And tell the dam guy to push her legs wide apart before he finger her this time, I keep telling you but it don't happen |
| | | | | And have her butt closer to the edge of the bed so you can get good video from behind guy that show her pussy when guy driving cock |

Additional persons that may be victims: Trisha, Elisha, Cristel, Kim, Abegail, Al, Jelaica. These persons were named but no further information could be identified in the chat.