**Author** Jessa Sayson (Facebook: 100028881620852)
      **Sent** 2019-08-11 11:08:53 UTC
      **Body** her sister is really have a nice body

    **Author** Jessa Sayson (Facebook: 100028881620852)
      **Sent** 2019-08-11 11:08:56 UTC
      **Body** more slimmer

    **Author** John Chris (Facebook: 100015993635987)
      **Sent** 2019-08-11 11:08:57 UTC
      **Body** What's her last name

    **Author** Jessa Sayson (Facebook: 100028881620852)
      **Sent** 2019-08-11 11:09:14 UTC
      **Body** Jelaica is the her only name kn fb

    **Author** John Chris (Facebook: 100015993635987)
      **Sent** 2019-08-11 11:09:56 UTC
      **Body** Ok


**Thread** (527034177839699)
    **Current Participants** 2020-07-31 18:00:53 UTC
      Maica Vernice (Facebook: 100037082623613)
      John Chris (Facebook: 100015993635987)

    **Author** Maica Vernice (Facebook: 100037082623613)
      **Sent** 2019-08-07 08:45:56 UTC
      **Body** Maica is waving at you!
      **Share**     **Date Created** 2019-08-07 08:45:56 UTC
          **Text**
          **Url**

    **Author** John Chris (Facebook: 100015993635987)
      **Sent** 2019-08-07 08:51:00 UTC
      **Body** Hi

    **Author** John Chris (Facebook: 100015993635987)
      **Sent** 2019-08-07 08:51:16 UTC
      **Body** This is Jack

    **Author** Maica Vernice (Facebook: 100037082623613)
      **Sent** 2019-08-07 08:54:10 UTC
      **Body** Hi

    **Author** Maica Vernice (Facebook: 100037082623613)
      **Sent** 2019-08-07 08:54:11 UTC
      **Body** You can now call each other and see information like Active Status and when you've read messages.

    **Author** Maica Vernice (Facebook: 100037082623613)
      **Sent** 2019-08-07 08:54:18 UTC
      **Body** About the girl

    **Author** Maica Vernice (Facebook: 100037082623613)
      **Sent** 2019-08-07 08:54:25 UTC
      **Body** which you saud to video

    **Author** John Chris (Facebook: 100015993635987)
      **Sent** 2019-08-07 08:54:45 UTC
      **Body** Hi

    **Author** John Chris (Facebook: 100015993635987)

**Sent** 2019-08-07 08:54:52 UTC
**Body** Which girl

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 08:55:43 UTC
**Body** I forget the girl hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 08:59:43 UTC
**Body** wait hon Ill send her face

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 08:59:50 UTC
**Body** Ok

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:00:09 UTC
**Body** Send me the pic you sent me when I agree to her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:01:19 UTC
**Body** Maica sent a photo.
**Attachments** image-454937348571252 (454937348571252)
**Type** image/jpeg
**Size** 17907
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=454937348571252&mid=mid.%24cAAAADXsD6u5ynJT0hlsa0-nCCp_C&uid=100015993635987&accid=100015993635987&preview=0



**Linked Media File:** linked_media/unified_message_454937348571252.jpg

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:02:19 UTC
**Body** So did you make her video

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:03:54 UTC
**Body** yes hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:04:10 UTC

**Body** Ok send it

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:04:14 UTC
**Body** cause your the one who said so right?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:04:37 UTC
**Body** did you forgot uon?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:04:38 UTC
**Body** hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:04:38 UTC
**Body** okay ho ln wait

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:04:51 UTC
**Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:10:36 UTC
**Body** and about her hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:10:48 UTC
**Body** She not a virgin anymore

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:11:09 UTC
**Body** but she had sex for about maybe months thats why her pussy still bleed like a virgin

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:11:16 UTC
**Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:11:20 UTC
**Body** I tell this to you cause i want to be honest

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:11:26 UTC
**Body** How much would you pay her hon?

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:11:54 UTC
**Body** I will be fair to her let me see the video

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:12:06 UTC
**Body** Maica sent a video.
**Attachments** video-1565169125.mp4 (706505839795239)
**Type** video/mp4
**Size** 2535810
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=706505839795239&mid=mid.%24cAAAADXsD6u5ynJ7TvFsa1mIO8xmE&uid=100015993635987&accid=1000159936359

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:12:42 UTC
**Body** Maica sent a video.
**Attachments** video-1565169162.mp4 (2421030121555763)
**Type** video/mp4

**Size** 1458100
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=2421030121555763&mid=mid.%24cAAAADXsD6u5ynJ9hs1sa1oXPt8tM&uid=100015993635987&accid=1000159936359

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:12:50 UTC
**Body** Maica sent a video.
**Attachments** video-1565169170.mp4 (863551424019080)
**Type** video/mp4
**Size** 7074810
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=863551424019080&mid=mid.%24cAAAADXsD6u5ynJ9_bFsa1oy-D_Yp&uid=100015993635987&accid=100015993635987&preview=0

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:22:01 UTC
**Body** Did I send money for pills for her before

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:22:15 UTC
**Body** why hon?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:22:36 UTC
**Body** And oh hon I just had this video 2 days ago and Im so scared because i can't contact you

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:22:45 UTC
**Body** i thought i can reach you anymore

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:23:22 UTC
**Body** How much did I send you for her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:23:51 UTC
**Body** its 3320 hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:24:02 UTC
**Body** maybe its 3220 hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:24:03 UTC
**Body** I forgot

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:24:57 UTC
**Body** Did you buy pills for her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:25:08 UTC
**Body** yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:25:53 UTC
**Body** and hon can you send the money for her now? cause its been 3 days now and shes waiting and now is the only chance i did send the video to you cause your other account is cannot be contacted

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:26:41 UTC
**Body** I gave her advance too right

**Author** Maica Vernice (Facebook: 100037082623613)

**Sent** 2019-08-07 09:26:54 UTC
**Body** yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:27:09 UTC
**Body** maybe its 5320 youve send hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:27:17 UTC
**Body** because thats what the maximum

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:27:21 UTC
**Body** i remember now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:27:51 UTC
**Body** can you see for the amount youve send hon?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:27:57 UTC
**Body** so that we can sure about it

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:28:19 UTC
**Body** So if I give her so another 2000 she will get 4000 for video

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:28:36 UTC
**Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:28:42 UTC
**Body** Send her the 2000 hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:28:47 UTC
**Body** and 1000 for my commission

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:28:56 UTC
**Body** so the over all is 3000

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:29:04 UTC
**Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:29:16 UTC
**Body** can you send now hon?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:29:34 UTC
**Body** and how about for me hon? you said Ill do video without pills right?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:29:37 UTC
**Body** im waiting hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:29:47 UTC
**Body** Take for me two naked pics of you and send to me I think you do next video

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:29:58 UTC

**Body** Yes no pills

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:30:00 UTC
**Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:30:05 UTC
**Body** send for my hotel also hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:30:10 UTC
**Body** together with her money

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:30:15 UTC
**Body** Get me good pussy pic

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:30:16 UTC
**Body** so that i can do the video tomorrow

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:30:20 UTC
**Body** Okay hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:31:02 UTC
**Body** Ok

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:31:32 UTC
**Body** Can you take the two pics now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:31:37 UTC
**Body** 2520 hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:31:41 UTC
**Body** without pills

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:31:48 UTC
**Body** I am at school now hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:31:51 UTC
**Body** i can't get pic

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:32:06 UTC
**Body** Do you wear uniform

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:32:07 UTC
**Body** ill send to you as soon as i can go home after i will get the money you will send now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:32:13 UTC
**Body** Yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:32:32 UTC
**Body** so youll send me 5520 hon

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:32:36 UTC
    **Body** all in all

**Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-07 09:32:47 UTC
    **Body** I want wide open pussy pic with you still in uniform

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:33:04 UTC
    **Body** for the girl 3000 and for my hotel 2520

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:33:07 UTC
    **Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:33:14 UTC
    **Body** Ill send to you

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:33:19 UTC
    **Body** send now hon

**Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-07 09:34:35 UTC
    **Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:36:19 UTC
    **Body** okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:36:21 UTC
    **Body** waiting

**Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-07 09:36:41 UTC
    **Body** What name

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:37:17 UTC
    **Body** can you send it by the name of ameri hon?

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:37:29 UTC
    **Body** if its okay with you because I am not with my ID right now

**Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-07 09:37:30 UTC
    **Body** Why

**Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-07 09:37:34 UTC
    **Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:37:57 UTC
    **Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-07 09:38:01 UTC
    **Body** im waiting send now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:38:07 UTC
**Body** so that ameri can get the money

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:38:12 UTC
**Body** and i will get it to her

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:39:06 UTC
**Body** 44430258 that's 5325

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:40:00 UTC
**Body** The guy you will use he won't get scared to fuck you and push white if he know you not taking pills will he

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:40:15 UTC
**Body** is it under the name of ameri hon?

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:40:20 UTC
**Body** Yes

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:40:21 UTC
**Body** Okay hon understood

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:40:30 UTC
**Body** I will make good video hon don't worry

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 09:40:39 UTC
**Body** okay hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 09:42:53 UTC
**Body** Does getting fucked and not taking pills excite you

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 10:11:37 UTC
**Body** yes ho

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 10:11:38 UTC
**Body** hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 10:11:47 UTC
**Body** cause its my first time after all

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 10:13:12 UTC
**Body** It's just second time to be fucked too right

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-07 11:36:02 UTC
**Body** yes hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-07 12:06:56 UTC
**Body** You can get money from Ameri

**Author** Maica Vernice (Facebook: 100037082623613)

**Sent** 2019-08-07 15:17:35 UTC
**Body** yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-08 14:51:04 UTC
**Body** Im sorry hon im busy from the exam earlier maybe ill do the video tomorrow hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-08 17:53:56 UTC
**Body** Ok

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-08 17:54:05 UTC
**Body** ==Make it really good==

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-08 22:45:27 UTC
**Body** Yes hon of course hon if you dont mind i want to advance 2000 with you hon if its okay with you

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-09 04:46:28 UTC
**Body** hon you there?

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-09 21:59:08 UTC
**Body** hon ill do video later

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:40:43 UTC
**Body** hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:40:53 UTC
**Body** ill do the video now hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:40:59 UTC
**Body** Im just waiting for big cock

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:41:04 UTC
**Body** and today is final hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:41:11 UTC
**Body** gonna send later the video

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 09:41:29 UTC
**Body** When do you expect big cock to show up

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:42:12 UTC
**Body** now hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:42:19 UTC
**Body** im just waiting for him

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 09:42:41 UTC
**Body** You have the money already correct

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:43:12 UTC

**Body** yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:16 UTC
   **Body** I have the hotel

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:21 UTC
   **Body** without pills

**Author** John Chris (Facebook: 100015993635987)
   **Sent** 2019-08-10 09:43:33 UTC
   **Body** Who's going to hold the camera

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:38 UTC
   **Body** I want to advance now hon

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:42 UTC
   **Body** maybe jelaica hon

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:44 UTC
   **Body** my sister

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:43:57 UTC
   **Body** don't worry i already instructed her

**Author** John Chris (Facebook: 100015993635987)
   **Sent** 2019-08-10 09:44:10 UTC
   **Body** If you're already at the hotel waiting for him why would you be saying maybe your sister she should be there now with you

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:44:11 UTC
   **Body** Ill give you good video

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:44:18 UTC
   **Body** Yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:44:22 UTC
   **Body** I have my sister with me

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:44:38 UTC
   **Body** cause shes will be the kne doing video

**Author** John Chris (Facebook: 100015993635987)
   **Sent** 2019-08-10 09:44:50 UTC
   **Body** But you just said maybe your sister would

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:45:07 UTC
   **Body** She will be the one hold the camera

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:45:34 UTC
   **Body** this hon. my sister would hold the camera

**Author** Maica Vernice (Facebook: 100037082623613)
   **Sent** 2019-08-10 09:46:33 UTC
   **Body** And i want to advance money now hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:46:37 UTC
**Body** if its okay with you

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:46:44 UTC
**Body** Cause i need money now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:47:17 UTC
**Body** don't worry i would not get the money unless i already send the money to you

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:47:35 UTC
**Body** I would not get the money unless i already send the video to you

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 09:48:01 UTC
**Body** I won't have Wi-Fi for approximately two hours with at which point I can send you money

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:48:55 UTC
**Body** Okay hon ill be waiting

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:49:04 UTC
**Body** later this night you'll send me

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:49:17 UTC
**Body** and i already send the video to younalso later

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 09:49:28 UTC
**Body** Yes in about two hours I will be able to send you some money

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:58:27 UTC
**Body** okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 09:58:33 UTC
**Body** ill be waiting

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 09:59:19 UTC
**Body** ==Next week I might have you do another video wearing your uniform dress==

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 10:00:57 UTC
**Body** okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 13:03:50 UTC
**Body** Maica sent a video.
**Attachments** video-1565442235.mp4 (487543402025339)
**Type** video/mp4
**Size** 1539851
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=487543402025339&mid=mid.%24cAAAADXsD6u5yrOYQ3Vse6BNsjKEY&uid=100015993635987&accid=100015993635

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 13:04:49 UTC

**Body** Maica sent a video.
**Attachments** video-1565442327.mp4 (797204530695097)
**Type** video/mp4
**Size** 8447033
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=797204530695097&mid=mid.%24cAAAADXsD6u5yrOb3hVse6CNtkocg&uid=100015993635987&accid=10001599363598

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 20:59:33 UTC
**Body** Very nice

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 21:37:05 UTC
**Body** hon send now my koney

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 21:37:06 UTC
**Body** money

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 21:37:11 UTC
**Body** cause I need money

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 21:37:25 UTC
**Body** 4000 for my video and 1500 for my sister hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 21:45:54 UTC
**Body** What is the 1500 for your sister for hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:09:44 UTC
**Body** Thats what she demand hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:10:01 UTC
**Body** but if you send her 1000 ill explain to her hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 22:10:42 UTC
**Body** Demand for what

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:10:55 UTC
**Body** nothing hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:11:11 UTC
**Body** Send now for video 4000 and 1000 for commission hon

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 22:11:29 UTC
**Body** 1000 commission for who

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:11:58 UTC
**Body** for my sister

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:12:04 UTC
**Body** shes the one who video me

**Author** John Chris (Facebook: 100015993635987)

**Sent** 2019-08-10 22:12:41 UTC
**Body** Oh

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:13:47 UTC
**Body** yes hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:13:50 UTC
**Body** send noe hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:13:55 UTC
**Body** im waitinggg

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 22:15:44 UTC
**Body** How much advance did I send you

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 22:20:09 UTC
**Body** 44646404 that's 5000

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 22:26:14 UTC
**Body** ==We will do another no pills video this week with your school uniform==

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:49:25 UTC
**Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-10 22:49:46 UTC
**Body** did you send this in my name hon?

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-10 23:06:53 UTC
**Body** Yes

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 02:03:44 UTC
**Body** okay hkn

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 02:18:12 UTC
**Body** ==Let's do another video of you Thursday==

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 07:17:13 UTC
**Body** Okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 07:17:20 UTC
**Body** how about my other girl hon?

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 08:10:03 UTC
**Body** Which other girl

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 08:25:19 UTC
**Body** Send pic of her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 10:44:56 UTC

**Body** okay hon later

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 10:45:12 UTC
**Body** Which other girl you have

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 11:14:11 UTC
**Body** Is that Jeliaca you mean, send pic of her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 16:08:56 UTC
**Body** yes hon just stalk her hon i cant send pic now

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:30:20 UTC
**Body** Jelaica is the name of my sister hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:30:33 UTC
**Body** you can sewech her

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 23:46:41 UTC
**Body** Yes I see her

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:58:39 UTC
**Body** you like her hon she want to do video

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 23:58:55 UTC
**Body** Has she done video before

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:59:04 UTC
**Body** now is the only courage she had cause last time she is afraid

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-11 23:59:21 UTC
**Body** Ok she can do video

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:59:23 UTC
**Body** no hon she supposed to be but she back out

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:59:43 UTC
**Body** okay hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-11 23:59:58 UTC
**Body** send for her hotel hon and shes asking me for advance

**Author** John Chris (Facebook: 100015993635987)
**Sent** 2019-08-12 00:00:11 UTC
**Body** Ok

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-12 00:00:39 UTC
**Body** its 3220 and advance 3000 hon

**Author** Maica Vernice (Facebook: 100037082623613)
**Sent** 2019-08-12 00:01:02 UTC
**Body** can you send it under the name of ameri hon?

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:01:03 UTC
  **Body** I can send her 2000 advance that's as much I can send with hotel and things

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:01:25 UTC
  **Body** It would be 5220

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:01:51 UTC
  **Body** cause my id is missing again i dont know where did i put it

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:01:53 UTC
  **Body** It usually cuts me off when I try to send over 5200

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:02:04 UTC
  **Body** okay hon send now the 5220

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:02:14 UTC
  **Body** I can send to her

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:02:20 UTC
  **Body** Okay hon I understand

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:02:39 UTC
  **Body** When does she want to make

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:02:39 UTC
  **Body** Okay hon thank you send the 5220 under the name of ameri

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:02:46 UTC
  **Body** Later hon

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:02:55 UTC
  **Body** Today?

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:03:13 UTC
  **Body** yes hon today

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:03:22 UTC
  **Body** later today

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:03:32 UTC
  **Body** Ok I will send shortly

**Author** Maica Vernice (Facebook: 100037082623613)
  **Sent** 2019-08-12 00:04:36 UTC
  **Body** Okay hon send it under the name kf ameri hon okay?

**Author** John Chris (Facebook: 100015993635987)
  **Sent** 2019-08-12 00:04:42 UTC
  **Body** Ok

   **Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-12 00:06:01 UTC
   **Body** okay hon well be waiting

   **Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-12 00:06:10 UTC
   **Body** Ok

   **Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-12 00:06:18 UTC
   **Body** In about an hour

   **Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-12 00:06:47 UTC
   **Body** okay hon

   **Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-12 00:25:49 UTC
   **Body** 44684679 that's 5300 pesos

   **Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-12 00:26:24 UTC
   **Body** Okay hon is this under the name of ameri hon?

   **Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-12 00:26:39 UTC
   **Body** Ill contact bog cock now amd arrange everything

   **Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-12 00:26:55 UTC
   **Body** It that guy you used

   **Author** Maica Vernice (Facebook: 100037082623613)
    **Sent** 2019-08-12 00:27:59 UTC
   **Body** yes hon

   **Author** John Chris (Facebook: 100015993635987)
    **Sent** 2019-08-12 00:48:43 UTC
   **Body** Ok good

Facebook retains the author, but NOT the recipient(s), of individual messages for Messenger threads. Facebook also retains the following information for Messenger threads:
(1) Current Thread Participants – a list of all accounts subscribed to a thread <u>at the time</u> Facebook retrieved the records;
(2) Past Thread Participants – a list of all accounts <u>previously</u> (but not currently) subscribed to a thread at any time before the records were retrieved; and
(3) Subscription Event – a log of an account subscribing to (joining) or unsubscribing from (leaving) a thread during the date range covered by the production. *Subscription events that fall outside of the date range covered by the production are not included.*