**Sent** 2018-12-23 12:04:25 UTC          **ATTACHMENT P**
**Body** hotel = 1000
guy = 1000
load = 500
pills = 720
and her advance hon also 3000 hon

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:05:07 UTC
**Body** Okay hon they want to do video tomorrow bwcause they need money for christmas

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:05:19 UTC
**Body** Ok

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:07:06 UTC
**Body** Keep asking if one of these girls has younger sister

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:08:08 UTC
**Body** Okay hon i will

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:10:46 UTC
**Body** I am sure some of these girls have younger sister that would like to make money

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:16:24 UTC
**Body** Okay hon

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:17:04 UTC
**Body** Did you get any full body pics of the girls

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:19:42 UTC
**Body** MAYBE TOMORROW HON

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:23:09 UTC
**Body** Ok

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:25:42 UTC
**Body** well wait for the hotel hon

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2018-12-23 12:28:49 UTC
**Body** 33507845 that's 6210 pesos

**Author** Jessa Sayson (Facebook: 100028881620852)
**Sent** 2018-12-23 12:34:33 UTC
**Body** Okay hon

**Author** Jessa Sayson (Facebook: 100028881620852)