**ATTACHMENT R**

**Photo ID**
651897695324719

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 09:32:45 UTC
**Body** Hon shes 13 years old isnt so young in her age

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:33:40 UTC
**Body** She did video already

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:34:14 UTC
**Body** You made video of her already right

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:34:24 UTC
**Body** It was bad video though

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 09:34:27 UTC
**Body** Yes hon can you send 5800 this next two days did you agree

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:34:37 UTC
**Body** Why 5800

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 09:37:06 UTC
**Body** Hon 2000 advance 1000 hotel 500 load 500 guy 800 to the girl acne the last video then can i get 1000 for commission hon in advance cause im going too hospital this friday

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:38:07 UTC
**Body** I will try

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 09:40:51 UTC
**Body** Ok but hon if you dont agree to my comission just be sure to send the 4800 cause i will arrange them first

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 09:57:13 UTC
**Body** Ok

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:41:21 UTC
**Body** What guy you will use for the girl

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:41:27 UTC
**Body** Hi hon

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:41:41 UTC
**Body** Girl who ?

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:42:13 UTC
**Body** Big white or big guy you can choose hon

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:42:14 UTC
**Body** The girl in the pic

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:42:30 UTC
**Body** The girl that was bad video

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:43:36 UTC
**Body** BIG WHITE

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:44:04 UTC
**Body** yeah nextime she will do video to me

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:44:14 UTC
**Body** What guy was in last video

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:44:22 UTC
**Body** Erica is first hon

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:44:52 UTC
**Body** Big cock

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:45:42 UTC
**Body** I want guy that will fuck her properly and push white into pussy

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:47:15 UTC
**Body** Yeah big white is good

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:50:15 UTC
**Body** Hon

**Author** Jack Reacher (Facebook: 100024057287233)
**Sent** 2019-06-11 10:50:45 UTC
**Body** Ok

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:51:55 UTC
**Body** Hon can't you send now the money hon

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 10:52:05 UTC
**Body** Hon can't you send now the money hon

**Author** Leann Anibibat (Facebook: 100023261498440)
**Sent** 2019-06-11 11:00:47 UTC