UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                            Case No. 8:20-cr-304-T-33CPT

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

## <u>UNITED STATES' WITNESS LIST</u>

The United States of America respectfully submits the following list of

witnesses to be called in the government's presentation of evidence at sentencing:

1.    SA Steven G. Towe (Homeland Security Investigations)

2.    TFO Daniel Stewart (Homeland Security Investigations)

The United States reserves the right to call additional witnesses during

sentencing, if appropriate.

                         Respectfully submitted,

                         MARIA CHAPA LOPEZ
                         United States Attorney

             By:    */s/ Francis D. Murray*
                    Francis D. Murray
                    Assistant United States Attorney
                    Florida Bar No. 0108567
                    400 N. Tampa Street, Ste. 3200
                    Tampa, FL 33602
                    Phone:  (813) 274-6000
                    Fax:    (813) 274-6103
                    Email: francis.murray2@usdoj.gov

**U.S. v. Streeter**                    **Case No. 8:20-cr-304-T-33CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Rankin, Esq.

/s/ Francis D. Murray
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa Street, Ste. 3200
Tampa, FL 33602
Phone:   (813) 274-6000
Fax:     (813) 274-6103
Email: francis.murray2@usdoj.gov