UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                          Case No. 8:20-cr-304-T-33CPT

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

# UNITED STATES' EXHIBIT LIST (SENTENCING)

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | | | SA Towe/TFO Stewart | Vitctim-1 chat excerpt |
| B | | | SA Towe/TFO Stewart | Victim-1 chat excerpt |
| C | | | SA Towe/TFO Stewart | Cricket Wireless record |
| D | | | SA Towe/TFO Stewart | Western Union record |
| E | | | SA Towe/TFO Stewart | Facebook messages summary |
| F | | | SA Towe/TFO Stewart | Victim-2 chat excerpt |
| G | | | SA Towe/TFO Stewart | Victim-2 chat excerpt |
| H | | | SA Towe/TFO Stewart | 14-year-old girl chat excerpt |
| I | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| J | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| K | | | SA Towe/TFO Stewart | Victim "M" chat excerpt |
| L | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| M | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| N | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| O | | | SA Towe/TFO Stewart | Sexual violence excerpt |
| P | | | SA Towe/TFO Stewart | Younger girls request excerpt |
| P-1 | | | SA Towe/TFO Stewart | Streeter's rules chat |
| Q | | | SA Towe/TFO Stewart | Streeter scheduling victims chat |
| R | | | SA Towe/TFO Stewart | Potential victim pictures |
| S | | | SA Towe/TFO Stewart | Streeter control chat |
| T | | | SA Towe/TFO Stewart | Streeter under-14 preference chat |
| U | | | SA Towe/TFO Stewart | Streeter under-14 preference chat |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| V | | | SA Towe/TFO Stewart | NGO Materials - Philippines |
| W | | | SA Towe/TFO Stewart | "Friend of virgin" chat |
| X | | | SA Towe/TFO Stewart | "M.G." chat excerpt |
| Y | | | SA Towe/TFO Stewart | "M.V." chat excerpt |
| Y-1 | | | SA Towe/TFO Stewart | "M.V." chat excerpt |
| Z | | | SA Towe/TFO Stewart | "Sherin" chat excerpt |
| A-1 | | | SA Towe/TFO Stewart | Full ~9k-page Facebook returns |
| | | | | |