UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:20-cr-304-T-33CPT

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

## UNITED STATES' UNOPPOSED MOTION TO BIFURCATE RESTITUTION PORTION OF SENTENCING HEARING

The United States moves for this Court, under 18 U.S.C. § 3664(d)(5), to bifurcate the restitution portion of Christopher John Streeter's upcoming sentencing hearing. In support, the United States provides as follows:

1. On October 15, 2020, Streeter pleaded guilty by plea agreement to an information charging him with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a) and (b)(1). Docs. 1, 6.

2. As part of Streeter's plea agreement with the United States, he agreed to pay full restitution to victims of the offense. Doc. 6.

3. In December 2020, Christopher Lomax, Esq., of Jones Day (Miami) informed the United States that he had recently signed an engagement letter with Victim-1 and Victim-2. In view of the upcoming January 7, 2021 sentencing hearing, Mr. Lomax requested more time to have his clients evaluated and gather materials in support of their restitution requests.

1

4. The United States has yet to receive any restitution requests or supporting documentation from Victim-1 and Victim-2. In a prior order, this Court suggested that it was amendable to bifurcating the restitution portion of Streeter's sentencing. Doc. 38.

5. The United States therefore requests that this Court continue the restitution portion of Streeter's sentencing, in order to give victims' counsel more time to prepare his requests.

6. The undersigned has communicated with counsel for the defendant, Mark P. Rankin, and counsel does not object to the requested relief.

The United States respectfully requests that this Court bifurcate the restitution portion of Streeter's sentencing hearing to a future date, no later than 90 days after sentencing.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov

2

**U.S. v. CHRISTOPHER STREETER**          **Case No. 8:20-cr-304-T-33CPT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esq.

*/s/ Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov