UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 8:20-cr-304-T-33CPT

CHRISTOPHER JOHN STREETER
a/k/a "JACK REACHER"
a/k/a "JOHN CHRIS"

## JOINT MOTION TO AMEND RESTITUTION JUDGEMENT

The United States and Christopher John Streeter, through counsel, jointly move, under Federal Rule of Criminal Procedure 35(a) and 18 U.S.C. § 3664(o), for this Court to further amend its judgement, Doc. 64. In support, the United States provides as follows:

1. On October 15, 2020, Streeter pleaded guilty by plea agreement to an information charging him with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a) and (b)(1). Docs. 1, 6.

2. In January 2021, this Court sentenced Streeter to life in prison but deferred consideration of restitution to a later date, as permitted under 18 U.S.C. § 3664(d)(5). Doc. 50.

3. On March 31, 2021, the parties and victims' counsel agreed on a restitution amount and the parties filed a joint stipulation to this effect. Doc. 62. Streeter agreed to pay $70,000 in restitution and further consented to a specific, mandatory schedule of payments. Doc. 62.

1

4. On April 1, 2021, this Court held a restitution hearing, adopted the parties' stipulation, and entered an amended judgement reflecting its terms. Docs. 63–64.

5. Following this Court's amended judgement, Streeter's counsel contacted the undersigned and relayed that the joint stipulation had not fully reflected his client's intent. Part II, subsection 5b) of the joint stipulation had provided that Streeter "will make an additional, lump-sum payment of $10,000 no later than 10 months from this Court's restitution order and judgement, to be applied to the $70,000 restitution balance…" Doc. 62 at 3. But Streeter had intended to make a lump-sum payment of $10,000 *to each of* Victim-1 and Victim-2 within 10 months of judgment; a lump-sum of $20,000.

6. This Court has authority to amend its judgment's restitution order, provided this Court does so within 14 days of entering the judgment. *See* 18 U.S.C. § 3664(o)(1); *see also* Fed. R. Crim. P. 35.

7. The parties have filed an amended joint stipulation that fully captures Streeter's original intent with respect to his schedule of payments. Doc. 66. The amended joint stipulation contains no other substantive changes.

8. The parties therefore request that this Court adopt the schedule of payments detailed in the amended joint stipulation (Doc. 66) and enter

a second amended judgment to this effect. The parties request no other changes to the current judgement, Doc. 64.

9. Counsel for Streeter, Mark P. Rankin, joins in this motion.

The United States and Streeter respectfully request that this Court further amend its amended judgment, Doc. 64, in accordance with the terms provided in the parties amended joint stipulation, Doc. 66.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:    */s/ Francis D. Murray*
        Francis D. Murray
        Assistant United States Attorney
        Florida Bar No. 0108567
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Francis.Murray2@usa.doj.gov

U.S. v. CHRISTOPHER STREETER        Case No. 8:20-cr-304-T-33CPT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esq.

/s/ *Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov